**Order entered August 27, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00887-CR**
**No. 05-19-00888-CR**

**JAMES JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-40432-R & F19-40433-R**

## ORDER

Before the Court is Julie Jones Woods's August 26, 2019 motion to withdraw as counsel for appellant. We **GRANT** the motion. We **DIRECT** the Clerk to remove Julie Jones Woods as appellant's counsel of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in these appeals. We **ORDER** the trial court to transmit a supplemental clerk's record containing the order appointing new counsel to this Court within **THIRTY DAYS** of the date of this order.

We **ABATE** these appeals to allow the trial court to comply with this order. We will reinstate the appeals when we receive the order appointing new counsel.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE